ANTHONY J. ONCIDI, SBN 118135
(aoncidi@proskauer.com)
JEREMY M. MITTMAN, SBN 248854
(jmittman@proskauer.com)
NATALIE A. RAINFORTH, SBN 259379
(nrainforth@proskauer.com)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: 310.557.2900
Facsimile: 310.557.2193

Attorneys for Defendant
PARAMOUNT PICTURES CORPORATION

Closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN THOMMENY; | Case No. CV 10-6951-VBF (FMOx) |
| Plaintiff, | **[PROPOSED]** JUDGMENT |
| vs. | |
| PARAMOUNT PICTURES CORPORATION and DOES 1-10, | Hon. Valerie Baker Fairbank |
| Defendants. | |

///

///

///

1  WHEREAS, the Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Motion") filed by defendant Paramount Pictures Corporation ("Defendant") on May 27, 2011 was considered by the Court without oral argument pursuant to Civil Local Rule 7-15;

WHEREAS, on July 13, 2011, after full consideration of Defendant's points and authorities and evidence submitted in support of the Motion, including the Declarations and Exhibits filed concurrently therewith, as well as the Declaration filed by plaintiff Erin Thommeny ("Plaintiff") and the Exhibits attached thereto, seeking permission for further discovery in order to oppose the Motion, the Court issued its Order Granting Defendant's Motion for Summary Judgment (the "Order") (Dkt. Entry No. 53);

WHEREAS, the Court denied Plaintiff's request for postponement of the Motion, finding no good cause to either continue the Motion or reopen discovery;

WHEREAS, the Court's Order disposed of Plaintiff's claims in their entirety, vacated all pending dates and motions, and directed the matter to be closed;

WHEREAS, Defendant, as the prevailing party in this matter, is entitled to recover costs incurred in conjunction with the litigation of this matter, pursuant to Civil Local Rule 54-2.2;

WHEREAS, for the reasons set forth in the Order,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment is hereby entered in favor of Defendant Paramount Pictures Corporation on Plaintiff Erin Thommeny's First Amended Complaint;

2. Pursuant to Civil Local Rule 54-3, Defendant, upon the filing of a bill of costs as required under that section, is permitted to recover costs incurred in the litigation of this matter.

Dated: July 27, 2011

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE